# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 25-MJ-223 (ZMF) |
| v. : | |
| : | |
| AYODEJI ESOSA OKOMORE, : | |
| : | |
| Defendant. : | |

## UNITED STATES' MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to dismiss this case. In support of its motion the United States submits the following:

1. On September 17, 2025, the defendant appeared before the Honorable Zia M. Faruqui in a removal proceeding under Federal Rule of Criminal Procedure 5. The Court ordered the defendant released on the condition that he appear in the District of Maryland on or before September 18, 2025. (ECF No. 2).

2. On September 18, 2025, the defendant appeared before Magistrate Judge Ajmel Ahsen Quereshi of the District of Maryland and was arraigned. *United States v. Ayodeji Esosa Okomore*, No. 25-cr-252 (D. Md. Sept. 18, 2025), ECF No. 13.

// //
// //
// //

1

Accordingly, the United States moves to dismiss this case.

                    Respectfully submitted,

                    JEANINE FERRIS PIRRO  
                    UNITED STATES ATTORNEY

By:   */s/ John Parron*  
       John Parron  
       PA Bar # 324503 / NY Bar # 5808522  
       Assistant United States Attorney  
       United States Attorney's Office  
       601 D Street, N.W.  
       Washington, D.C. 20530  
       202-252-6885  
       John.Parron@usdoj.gov

Dated: October 21, 2025

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 25- MJ-223 (ZMF)** |
| **v.** : | |
| : | |
| **AYODEJI ESOSA OKOMORE,** : | |
| : | |
| **Defendant.** : | |

## [PROPOSED] ORDER

Based on the entire record herein, and for good cause shown, the Court hereby grants the United States's Motion to Dismiss.  It is hereby

ORDERED that the case is dismissed.

SO ORDERED this _____ day of _____, 2025

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE